UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-24076 |
| Holly Anderson | ) | |
| | ) | |
| | ) | Chapter:  13 |
| | ) | |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| Debtor(s) | ) | |

**ORDER ALLOWING CHAPTER 13 COMPENSATION UNDER
COURT-APPROVED RETENTION AGREEMENT**
(Use for cases filed on or after April 20, 2015)

On the application of debtor(s)' counsel for compensation for representing the debtor(s) in this case and pursuant to the Court-Approved Retention Agreement executed by debtor(s) and counsel,  the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

| | | |
|---|---|---|
| $ | 4,000.00 | for legal services through conclusion of the case. |
| $ | 30.00 | for reimbursable expenses. |
| $ | 4,030.00 | **total fees and reimbursement allowed.** |
| -$ | 30.00 | less payment received from debtor before date of application. |
| $ | 4,000.00 | **balance allowed and due to the attorney under this** |

Enter:

Honorable Deborah L. Thorne

United States Bankruptcy Judge

Dated:  February 06, 2019

**Fees Payable to:**

David M. Siegel